**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON E. PRICE,<br><br>Defendant. | Case No. 26-cv-2997-BAH |

**ORDER TO SHOW CAUSE**

UPON CONSIDERATION of the Amended Petition of the United States of America, ECF 2, and the declaration and summons attached to the Original Petition, ECF 1, it is hereby ORDERED as follows:

1. ORDERED that respondent, Aaron E. Price, appear before the United States District Court for the District of Maryland presided over by the undersigned, in **Courtroom 3D in the United States Courthouse in Baltimore, Maryland (101 W. Lombard St., Baltimore, MD 21201) on the 9th day of October, 2026, at 10:00 A.M.**, to show cause why he, Aaron E. Price, should not be compelled to obey the Internal Revenue Service summons served upon respondent on October 6, 2025. It is further

2. ORDERED that a copy of this Order, together with the Petition, Amended Petition, and Exhibit(s) thereto, be personally served on Aaron E. Price by an official of the Internal Revenue Service within thirty (30) days of the date of this Order. It is further

3. ORDERED within 5 days of service of copies of this Order, the Petition, Amended Petition, and Exhibit(s), the respondent, Aaron E. Price, shall file and serve a written response to

the Amended Petition supported by appropriate affidavits, as well as any motions the respondent desires to make. All motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this Order. Any uncontested allegation(s) in the petition shall be considered admitted.

SO ORDERED, this 26th day of August 2026.

BY THE COURT:

/s/

BRENDAN A. HURSON
UNITED STATES DISTRICT JUDGE